# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

    Plaintiff-Appellee,

v

LARRY DUANE CURRINGTON,

    Defendant-Appellant.

UNPUBLISHED
July 27, 2017

No. 331954
Saginaw Circuit Court
LC No. 14-040592-FC

Before: MARKEY, P.J., and RONAYNE KRAUSE and BOONSTRA, JJ.

RONAYNE KRAUSE, J. *(concurring)*.

I concur with the majority in all respects but one. Because I agree that the challenged statement from Detective Scott was harmless irrespective of whether it was hearsay, I would simply presume that it was hearsay and decline to decide that issue. The majority includes a paragraph that begins with "Further, even if the challenged testimony were hearsay and thus admitted in error . . . " it did not affect "the outcome of the trial." Thus, I see no reason to make that decision with the limited facts in this case. In all other respects, I concur.

/s/ Amy Ronayne Krause

-1-